| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **To:** | GANBml_BNC Notices |
| **Subject:** | U.S. Bankruptcy Court, Northern District of Georgia - Returned Mail Notice, In re: StoneCrest Contractors LLC, Case Number: 25-58506, pwb, Ref: [p-238212098] |
| **Date:** | Friday, August 22, 2025 5:50:21 PM |
| **Attachments:** | R_P92558506pdf5920073.PDF |

Notice of Returned Mail to Debtor/Debtor's Attorney

August 22, 2025

From: United States Bankruptcy Court, Northern District of Georgia

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

   In re: StoneCrest Contractors LLC, Case Number 25-58506, pwb

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>**U.S. Bankruptcy Court**</u>
<u>**Atlanta Division**</u>
<u>**1340 United States Courthouse**</u>
<u>**75 Ted Turner Drive SW**</u>
<u>**Atlanta, GA 30303**</u>

| Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center: | THE UPDATED ADDRESS IS: |
|---|---|
| StoneCrest Contractors LLC<br>Suite 384<br>3343 Peachtree Rd<br>Atlanta, GA 30326-1085 | _____<br>_____<br>_____<br>_____ |

_____   _____
Signature of Debtor or Debtor's Attorney                Date

**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia

September 15, 2025

**StoneCrest Contractors LLC**
Suite 384
3343 Peachtree Rd
Atlanta, GA 30326

RE:  Chapter:  11 Payment of Filing Fees
     Case No.: 25−58506−pwb

Dear  StoneCrest Contractors LLC ,

A review of the Court's financial records disclosed that there is an outstanding filing fee of $1738.00 for the bankruptcy case filed by you on July 30, 2025. Upon the filing of a bankruptcy case, the debtor is responsible for the entire filing fee, regardless of the disposition of the case. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 1006, the outstanding balance on the filing fee remains payable to the Clerk of Court.

For payments by mail, remit using cashier's check or money order made payable to "*Clerk, United States Bankruptcy Court*" to the address listed below:

United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

For payments made by hand delivery to a divisional office in Atlanta, Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check or money order.

Payments may also be made online at: https://www.ganb.uscourts.gov/online−payments

If you have questions, or require additional information, please email GANBFinance@ganb.uscourts.gov.

Sincerely,

*Vania S. Allen*

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

cc:  Office of the United States Trustee

Form nff
Revised January 2022

**IT IS ORDERED as set forth below:**



Date: August 7, 2025

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>STONECREST CONTRACTORS LLC,<br><br>Debtor. | CASE NO. 25-58506-PWB<br><br>CHAPTER 11 |

ORDER OF DISMISSAL

This case came before the Court on August 7, 2025, at 11:00 a.m., for the Debtor to show cause why the case should not be dismissed with a bar to refiling and other conditions.  Present via Zoom were the Debtor's representative, counsel for Industrial Blvd. Acquisitions, LLC, and counsel for the United States Trustee.  For the

reasons stated in the Order to Show Cause [Doc. 16] and for the reasons stated at the hearing, it is

ORDERED that the case is dismissed with a bar to refiling any bankruptcy case in the future by StoneCrest Contractors LLC unless the petition is filed at the outset by an attorney licensed to practice law in the State of Georgia and admitted to practice before this Court; it is

FURTHER ORDERED that any future bankruptcy filing by StoneCrest Contractors LLC not filed by an attorney shall not invoke an automatic stay.

**END OF ORDER**

**Distribution List**

Stonecrest Contractors LLC
Suite 145
3343 Peachtree Rd
Atlanta, GA 30326

Stonecrest Contractors LLC
Attn: Ricardo Lewis, Authorized Representative
Suite 145
3343 Peachtree Rd
Atlanta, GA 30326

Tamara M. Ogier (Sub V Trustee)
Chapter 11 Subchapter V Trustee
Ogier, Rosenfeld & Steil, P.C.
PO Box 1547
Decatur, GA 30031

Alan Hinderleider
Office of the United States Trustee
362 Richard B Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303